IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER HOSKINS,

    Petitioner,

  v.

MATTHEW MARSKE,

    Respondent.

Case No. 17-cv-798-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Walter Hoskins's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and closing this case.

/s/
Peter Oppeneer, Clerk of Court

January 18, 2022
Date